UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

GINGER DURIO

       Plaintiff,

VERSUS

CHASE HOME FINANCE, L.L.C.

       Defendant

CIVIL ACTION NO. _____

JUDGE _____

MAGISTRATE JUDGE _____

**NOTICE OF REMOVAL**

     Defendant, Chase Home Finance, L.L.C., a registered operating subsidiary of JPMorgan Chase Bank, N.A. (hereinafter "Chase"), removes to this Court the Petition filed by the plaintiff, Ginger Durio (hereinafter "plaintiff") in the matter entitled "Ginger Durio. vs. Chase Home Finance, L.L.C.," suit no. 2008-3832, Fourteenth Judicial District Court, Parish of Calcasieu, State of Louisiana (hereinafter referred to as the "State Court Action").  In support of this Notice of Removal, Chase respectfully represents as follows:

1.

     On or about July 11, 2008, a Petition was filed with the Clerk of Court for the Fourteenth Judicial District Court, Parish of Calcasieu, State of Louisiana, bearing civil matter number 2008-3832 on the docket of said Court, which is within the United States District Court for the Western District of Louisiana, Lake Charles Division.[1]

---

[1]  *See* Petition, attached hereto as Exhibit A.

304297.1

2.

In the Petition, the plaintiff names Chase as the sole defendant.[2]

## THE PLAINTIFF'S FACTUAL ALLEGATIONS

3.

In the Petition, the plaintiff alleges that she is the owner of immovable property located at 3616 Banbury Drive, Lake Charles, LA.[3]

4.

In the Petition, the plaintiff alleges that the property was subject to a mortgage loan in favor of Chase.[4]

5.

In the Petition, the plaintiff alleges that Chase had initiated foreclosure proceedings under the mortgage loan, during which the home was damaged by Hurricane Rita.  The plaintiff further alleges that a claim was filed with the plaintiff's homeowner's insurer, Horace Mann.[5]

6.

In the Petition, the plaintiff alleges that the foreclosure action was stayed.[6]

7.

In the Petition, the plaintiff alleges that, on November 4, 2005, insurance proceeds were paid by the homeowner's insurer to plaintiff and Chase.  The plaintiff further alleges that the insurance proceeds were placed into escrow with Chase.[7]

---

[2] *See* Petition at ¶ 1.
[3] *See* Petition at ¶ 2.
[4] *See* Petition at ¶ 3.
[5] *See* Petition at ¶ 4.
[6] *Id.*
[7] *See* Petition at ¶ 5.

304297.1

8.

In the Petition, the plaintiff alleges that she sold the property on September 14, 2007, which the plaintiff alleges resulted in a payoff of the outstanding balance owed on the mortgage loan with Chase.[8]

9.

In the Petition, the plaintiff alleges that, after the property was sold, Chase issued a policy premium payment out of escrow to the plaintiff's property insurer.[9]

10.

In the Petition, the plaintiff alleges that Chase has failed to pay interest in the insurance proceeds pursuant to La. R.S. 6:337.[10]

11.

In the Petition, the plaintiff alleges that the alleged actions of Chase constitute a continuing tort, negligence, and/or an intentional tort, and a violation of the Truth In Lending Act, 15 U.S.C. § 1601 ("TILA").[11]

## THIS REMOVAL IS TIMELY

12.

Chase's agent for service of process was personally served with citation and a copy of the Petition on July 30, 2008.[12]

13.

Removal is timely under 28 U.S.C. § 1446(b) as less than thirty days have passed from July 30, 2008, the date of service of the citation and Petition on Chase.

---

[8] *See* Petition at ¶ 6.
[9] *See* Petition at ¶ 7.
[10] *See* Petition at ¶¶ 10 and 11.
[11] *See* Petition at ¶¶ 5 and 8.
[12] *See* Exhibit B.

304297.1

14.

The Court's removal jurisdiction is based on federal question jurisdiction under 28 U.S.C. § 1331.  This Court also enjoys supplemental jurisdiction over any and all remaining claims pursuant to 28 U.S.C. § 1367.  This matter is being removed pursuant to 28 U.S.C. § 1441(a).

## FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

15.

This is a civil action based upon alleged violations of the TILA.[13]  This action is removable under 28 U.S.C. § 1441(b) without regard to the citizenship or residency of the parties or the amount in controversy.  This Court has original jurisdiction under 28 U.S.C. § 1331 over plaintiff's claims pursuant to TILA because plaintiff's Petition arises under federal law, and federal law provides the primary principle of decision to the exclusion of conflicting state laws to plaintiff's claims.  This Court also enjoys supplemental jurisdiction over any and all remaining claims pursuant to 28 U.S.C. § 1367.

16.

On its face, the petition asserts a federal question, thereby providing this Court with jurisdiction under 28 U.S.C. § 1331.  In the alternative, the plaintiff has attempted to engage in artful pleading in an effort to avoid the subject matter jurisdiction of this Court.

17.

Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings and orders in the state court record, which includes "all process, pleadings and orders served upon" Chase is being obtained from the State Court and will be filed into the record upon receipt.

---

[13]  *See* Petition at ¶ 15.

18.

Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings and orders in the state court record, which includes "all process, pleadings and orders served upon" the defendants, are attached hereto as Exhibit C, *in globo*.

WHEREFORE, Chase Home Finance, L.L.C. prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

RESPECTFULLY SUBMITTED,

**McGLINCHEY STAFFORD, PLLC**

/s/ Jonathan G. Wilbourn
Michael Ferachi, T.A. (Bar Roll No. 19566)
Jonathan G. Wilbourn (Bar Roll No. 27683)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile:  (225) 343-3076

**ATTORNEYS FOR CHASE HOME FINANCE, L.L.C.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record, namely:

Henry R. Liles
940 Ryan St.
Lake Charles, LA 70601

304297.1

by depositing same in the U.S. Mail, postage prepaid and properly addressed on this 14th day of

August, 2008.

/s/  Jonathan G. Wilbourn