UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **GINGER DURIO** | **CIVIL ACTION NO. 08-cv-1184** |
| **Plaintiff,** | **JUDGE MINALDI** |
| **VERSUS** | **MAGISTRATE JUDGE KAY** |
| **CHASE HOME FINANCE, L.L.C.** | |
| **Defendant** | |

## VOLUNTARY JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Ginger Durio, who moves to dismiss the above-captioned matter in its entirety, including all claims against Chase Home Finance, L.L.C., with prejudice and with each party to bear its own attorney's fees and costs.

Respectfully submitted, this 1st day of July, 2009.

RESPECTFULLY SUBMITTED:

McGLINCHEY STAFFORD, PLLC

/s/ Jonathan G. Wilbourn
Michael D. Ferachi, T.A. (No. 19566)
Jonathan G. Wilbourn (No. 27683)
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076

**ATTORNEYS FOR CHASE HOME FINANCE, L.L.C.**

LILES & REDD, L.C.

/s/ HENRY R. LILES (8893)
940 Ryan Street
Lake Charles , LA 70601
(337) 433-8529

Facsimile: (337) 436-0050

Attorney for Ginger Durio

**CERTIFICATE OF SERVICE**

**I CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record via the Court's CM/ECF system on this 1st day of July, 2009.

/s/ Jonathan G.  Wilbourn

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**GINGER DURIO**                          **CIVIL ACTION NO. 08-cv-1184**

    **Plaintiff,**                        **JUDGE MINALDI**

**VERSUS**                                **MAGISTRATE JUDGE KAY**

**CHASE HOME FINANCE, L.L.C.**

    **Defendant**

## JUDGMENT

HAVING CONSIDERED the foregoing Voluntary Joint Motion To Dismiss With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit, including any and all claims asserted therein against Chase Home finance, L.L.C., is dismissed with prejudice and with each party to bear its own attorney's fees and costs.

Thus done and signed on this the ____ day of _____, 2009 in Lake Charles, Louisiana.

                                                                                 _____
                                                                                Judge United States District Court
                                                                                Western District of Louisiana