UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **GINGER DURIO** | **CIVIL ACTION NO. 08-cv-1184** |
| **Plaintiff,** | **JUDGE MINALDI** |
| **VERSUS** | **MAGISTRATE JUDGE KAY** |
| **CHASE HOME FINANCE, L.L.C.** | |
| **Defendant** | |

## JUDGMENT

HAVING CONSIDERED the foregoing Voluntary Joint Motion To Dismiss With Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit, including any and all claims asserted therein against Chase Home finance, L.L.C., is dismissed with prejudice and with each party to bear its own attorney's fees and costs.

Thus done and signed on this the  8th day of  July , 2009 in Lake Charles, Louisiana.

_____
Judge United States District Court
Western District of Louisiana